# THE LAW OFFICES OF SEAN M. MAHER, PLLC

July 10, 2020

**VIA ECF**

Hon. Denise L. Cote
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   *United States v. Gilbert Torres*, 06 Cr. 1101 (DLC)

Dear Judge Cote:

     I respectfully write to request that the Court grant Mr. Gilbert Torres early termination of his supervised release.

     As the Court is aware, Mr. Torres appeared several times before the Court after specifications were filed against him for violating the terms of his supervised release. During those months that the specifications were pending, Mr. Torres made great strides in securing employment and housing, all while making steady progress with his therapeutic providers.

     Since the specifications were dismissed by the Court on June 7, 2019 upon the motion of the government, Mr. Torres has continued to lead a positive life on all fronts. With the procurement of his commercial driver's license, he has been working full-time for Pepsi as a delivery truck driver. Last October Mr. Torres was married. Mr. Torres has been making all of his appointments with the Probation Office and has maintained a drug-free life as reflected in his negative drug screens. Mr. Torres recently finished his therapy at St. Mark's after both his treatment provider and the Probation Office concurred that he no longer needed therapy sessions. Besides his full-time job, Mr. Torres has been taking a course to become a certified nutritionist. In light of the commendable progress Mr. Torres has made, Mr. Torres has demonstrated that he is an excellent candidate for early termination of his supervised release.

     According to Supervisory Probation Officer Elisha Rivera, Mr. Torres' supervised release currently is scheduled to terminate on May 24, 2021. I have communicated this request for early termination to both the Probation Office and the government. Ms. Rivera has informed me that the Probation Office does not object to the request; AUSA Cecilia Vogel has informed me that the government takes no position on Mr. Torres' request.

     The Court's consideration is greatly appreciated.

> The request for early termination of supervised release is granted.
> 07.13.2020.
>
> _____
> DENISE COTE
> United States District Judge

## THE LAW OFFICES OF SEAN M. MAHER, PLLC

Page 2 of 2

Respectfully submitted,

_____/S/_____
Sean M. Maher

cc:   All counsel via ECF
      P.O. Elisha Rivera via email